FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA 12 PM 4: 36

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3047 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HUMBERTO JACOBO, | ) | ORDER FOR ISSUANCE |
| | ) | OF A BENCH WARRANT |
| Defendant. | ) | |

This matter came on to be heard on the motion of the plaintiff, United States of America, by Special Assistant United States Attorney Lynnett M. Wagner, for issuance of a Bench Warrant for defendant Humberto Jacobo. The motion is granted.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Humberto Jacobo, commanding the arresting officer to bring him before the Court forthwith.

BY THE COURT:

DAVID L. PIESTER
United States Magistrate Judge

DATED this 12th day of July, 2005

Warrant Issued on 7/13/05