THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3047 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUMBERTO JACOBO, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the Plaintiff's Motion for Leave of Court to Dismiss Indictment, Filing No. 27, the court finds that said motion should be granted. Accordingly,

IT IS ORDERED that Plaintiff's motion is granted. Plaintiff may file a dismissal of the Indictment against the Defendant in the above matter.

Dated January 26, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge