THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3047 |
| | ) | |
| vs. | ) | ORDER FOR |
| | ) | DISMISSAL OF INDICTMENT |
| HUMBERTO JACOBO, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, Humberto Jacobo.

Dated January 27, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge